DAVID S. RATNER (SBN 316267)
SHELLEY A. MOLINEAUX (SBN 277884)
REBECCA WILDMAN-TOBRINER (SBN 313182)
RATNER MOLINEAUX, LLP
1148 Alpine Rd., Suite 201
Walnut Creek, CA 94596
Tel: (925) 239-0899
david@ratnermolineaux.com
shelley@ratnermolineaux.com
rebecca@ratnermolineaux.com

Attorneys for Plaintiff
RACHEL MCKAGAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL MCKAGAN, individually,<br><br>Plaintiff,<br><br>v.<br><br>LAS VIRGENES UNIFIED SCHOOL DISTRICT, a California public school district; DANIEL STEPENOSKY, an individual; DALLAS LAWRENCE, an individual; LESLI STEIN, an individual; LINDA MENGES, an individual; ANGELA CUTBILL, an individual; ALAN LAZAR, an individual; and DOES 1 through 50, inclusive.<br><br>Defendants. | Case No. 2:25-cv-11580-AS<br><br>**REQUEST FOR EXTENSION OF DEADLINE TO FILE NOTICE OF DEFAULT** |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:

Plaintiff Rachel McKagan ("Plaintiff") respectfully submits this request to extend the deadline to file a notice of default.

Plaintiff notifies the Court that the parties have reached an agreement in principle to resolve this matter. Because Defendant is a public entity, the settlement is subject to a mandatory approval process.

The governing body was scheduled to consider and approve the settlement on February 18, 2026, and payment to be issued thereafter.

In light of this required approval process, Plaintiff respectfully requests a 30-day extension of the current deadline to file a notice of default or otherwise proceed. This extension will allow the parties to finalize the written settlement agreement, obtain formal approval, and confirm payment.

Plaintiff will promptly file a dismissal upon completion of the approval and payment process.

Dated:  February 19, 2026                    **RATNER MOLINEAUX, LLP**

David S. Ratner
Shelley A. Molineaux
Attorneys for Plaintiff Rachel McKagan